**Willie BOLDS, Plaintiff-Appellant,**

v.

**J. CAVAZOS, Chief Warden; et al., Defendants-Appellees.**

No. 16-15592

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed January 16, 2018

Willie Bolds, Pro Se

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM [**]

California state prisoner Willie Bolds appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging procedural due process violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Williams v. King*, 875 F.3d 500, 502 (9th Cir. 2017). We vacate and remand.

Bolds consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636 (c). The magistrate judge then screened and dismissed Bolds's action before the named defendants had been served. *See* 28 U.S.C. §§ 1915A, 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams*, 875 F.3d at 503-04, we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[*] The Honorable Sarah S. Vance, United States District Judge for the Eastern District of Louisiana, sitting by designation.